**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lane Thomas REED, Defendant–**
**Appellant.**

**No. 14–13130**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 24, 2015.

Tiffany H. Eggers, Lennard B. Register, III, Robert G. Davies, Nancy J. Hess, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, Assistant U.S. Attorney, Tallahassee, FL, for Plaintiff–Appellee.

Spiro Theodore Kypreos, Law Office of Spiro T. Kypreos, Pensacola, FL, Lane Thomas Reed, Walton CI,-Inmate Legal Mail, De Funiak Springs, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Spiro Kypreos, appointed counsel for Lane Thomas Reed, has filed a motion to

---

withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reed's conviction and sentence are **AFFIRMED**.